# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JANE DOE, | ) |
|            Plaintiff, | ) No. 19 CV 7375 |
| v. | ) Magistrate Judge Young B. Kim |
| CITY OF CHICAGO, a municipal Corporation, and WILLIAM WHITLEY, a former City of Chicago Police Officer, | ) |
|            Defendants. | ) February 3, 2021 |

## AGREED PRIVACY ACT ORDER

This matter having come before the Court, and the Court being fully informed of the premises, it is hereby ORDERED pursuant to 5 U.S.C. § 552a(b)(11) that the Federal Bureau of Investigation and the U.S. Attorney's Office for the Northern District of Illinois may disclose records subject to the Privacy Act in response to Plaintiff's subpoenas, under the following conditions:

1. The records shall be used solely for purposes of this litigation and shall be disclosed only to persons who need access to the records in order for counsel to effectively prosecute or defend this litigation;

2. Except for those documents proffered as exhibits in this case, all records subject to this Order shall be destroyed or returned to the U.S. Attorney's Office for the Northern District of Illinois within 60 days of the final disposition of this case; and

3. Subject to all existing limitations on disclosure of information by the United States, nothing in this Order restricts in any way the use or retention of disclosed information by the United States, its agencies, or agents in accordance with or to enforce federal law.

**ENTER:**

_____
**Young B. Kim**
**United States Magistrate Judge**